# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

DONNA J. HENARD            §

§

§

V.                             §            CASE  NO. 4:09cv551

§            (Judge Schneider/Judge Mazzant)

MICHAEL J. ASTRUE,          §

COMMISSIONER OF SOCIAL     §

SECURITY ADMINISTRATION     §

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge Amos L. Mazzant pursuant to 28 U.S.C. § 636.  On July 14, 2011, the report of the Magistrate Judge was entered containing his proposed findings of fact and recommendations that the decision of the Administrative Law Judge be AFFIRMED.

As neither party has filed objections to the Report and Recommendation, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is therefore **ORDERED** that the decision of the Administrative Law Judge is **AFFIRMED**.

**It is SO ORDERED.**

**SIGNED this 10th day of August, 2011.**

_____

MICHAEL H. SCHNEIDER

UNITED STATES DISTRICT JUDGE